1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

STEVE DAVIS,

    Plaintiff(s),

v.

THE LIVING TRUST OF MICHAEL J.
FITZGERALD, HENRY W.
RANSPOT,

    Defendant(s).

2:12-CV-1939 JCM (PAL))

**ORDER**

  Presently before the court is defendant Henry Ranspot's motion to dismiss complaint against him. (Doc. # 9). Defendant Ranspot's motion is filed pursuant to Fed. R. Civ. P. 8, 9, 12(b)(2) and 12(b)(6). To date, plaintiff Steve Davis has failed to file an opposition.

  "To survive a motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, to 'state a claim for relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009) (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). "Where a complaint pleads facts that are 'merely consistent' with a defendant's liability, it 'stops short of the line between possibility and plausibility of entitlement to relief.'" *Id.* (citing *Bell Atlantic*, 550 U.S. at 557). However, where there are well pled factual allegations, the court should assume their veracity and determine if they give rise to relief. *Id.* at 1950.

. . .

**James C. Mahan**
**U.S. District Judge**

1    Pursuant to Local Rule 7-2(d), an opposing party's failure to file a timely response to any

2    motion constitutes the party's consent to the granting of the motion and is proper grounds for

3    dismissal. *U.S. v. Warren*, 601 F.2d 471, 474 (9th Cir. 1979). However, prior to dismissal, the

4    district court is required to weigh several factors: "(1) the public's interest in expeditious resolution

5    of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants;

6    (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less

7    drastic sanctions."*Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (citing *Henderson v. Duncan*,

8    779 F.2d 1421, 1423 (9th Cir. 1986)).

9    In light of plaintiff's failure to respond and weighing the factors identified in *Ghazali*, the

10   court finds dismissal appropriate.

11   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Henry Ranspot's

12   motion to dismiss complaint against him (doc. # 9) be, and the same hereby is, GRANTED.

13   The complaint is hereby dismissed without prejudice as to defendant Henry Ranspot.

14   DATED December 7, 2012.

15

16   _____

17   **UNITED STATES DISTRICT JUDGE**

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -