**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVE DAVIS,<br><br>          Plaintiff(s),<br><br>vs.<br><br>THE LIVING TRUST OF MICHAEL J. FITZGERALD, et al.,<br><br>          Defendant(s). | Case No. 2:12-cv-01939-JCM-NJK<br><br>ORDER DENYING MOTION TO STRIKE<br>(Docket No. 25) |

Pending before the Court is Plaintiff's motion to strike Defendant Henry Ranspot's response to his motion for entry of default. Docket No. 25; *see also* Docket No. 23 (response to motion for entry of default). The grounds for the motion to strike appear to be solely that Plaintiff disagrees with substance of Ranspot's response, which does not provide a basis to strike it. If anything, the substance of the motion to strike appears to be that of a reply brief to the underlying motion for entry of default. Accordingly, the motion to strike is DENIED.

IT IS SO ORDERED.

DATED: April 29, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge