# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVE DAVIS,<br><br>                    Plaintiff(s),<br><br>vs.<br><br>THE LIVING TRUST OF MICHAEL J.<br>FITZGERALD, et al.,<br><br>                    Defendant(s). | Case No. 2:12-cv-01939-JCM-NJK<br><br>ORDER GRANTING MOTION TO<br>STRIKE<br>(Docket No. 27) |

Pending before the Court is Defendant's motion to strike portions of Plaintiff's answer to counterclaim.  Docket No. 27; *see also* Docket No. 24 (answer to counterclaim).  Defendant's motion is brought pursuant to Fed. R. Civ. P. 12(f).  Plaintiff failed to file a response and the Court finds the motion may be granted as unopposed. *See* Local Rule 7-2(b).  Moreover, the Court has reviewed the motion and finds it meritorious.  Accordingly, for good cause shown and as unopposed, the Court **GRANTS** the motion to strike.

As such, Docket No. 24 is stricken in its entirety.  No later than May 6, 2013, Defendant's counsel shall file a copy of Plaintiff's answer with the following redacted:

All portions of the document title (1:9-1:12) other than "Answer to Counterclaim";

All text from 1:20 (after "Goldstrike Trust") through 2:2; and

All text from 3:15 through 5:22.

IT IS SO ORDERED.

DATED: April 29, 2013

NANCY J. KOPPE
United States Magistrate Judge