**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVE DAVIS,<br><br>        Plaintiff(s),<br><br>vs.<br><br>THE LIVING TRUST OF MICHAEL J. FITZGERALD, et al.,<br><br>        Defendant(s). | Case No. 2:12-cv-01939-JCM-NJK<br><br>ORDER GRANTING MOTION TO STRIKE<br>(Docket No. 27) |

Pending before the Court is Defendant's motion to strike portions of Plaintiff's answer to counterclaim. Docket No. 27; *see also* Docket No. 24 (answer to counterclaim). Defendant's motion is brought pursuant to Fed. R. Civ. P. 12(f). Plaintiff failed to file a response and the Court finds the motion may be granted as unopposed. *See* Local Rule 7-2(b). Moreover, the Court has reviewed the motion and finds it meritorious. Accordingly, for good cause shown and as unopposed, the Court **GRANTS** the motion to strike.

As such, Docket No. 24 is stricken in its entirety. No later than May 6, 2013, Defendant's counsel shall file a copy of Plaintiff's answer with the following redacted:

    All portions of the document title (1:9-1:12) other than "Answer to Counterclaim";

    All text from 1:20 (after "Goldstrike Trust") through 2:2; and

    All text from 3:15 through 5:22.

IT IS SO ORDERED.

DATED: April 29, 2013

                                                        _____
                                                        NANCY J. KOPPE
                                                        United States Magistrate Judge