AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

| | |
|---|---|
| Steve Davis, | **DEFAULT** |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| V. | |
| Living Trust of Michael J. Fitzgerald, et al., | Case Number: 2:12-cv-01939-JCM-NJK |
| Defendants. | |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Default Judgment regarding remaining counterclaims is entered against Plaintiff Steve Davis and in favor of Defendant Living Trust of Michael J. Fitzgerald.

| | |
|---|---|
| February 4, 2014 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Erin Smith |
| | (By) Deputy Clerk |