AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Steve Davis,

Plaintiff,

V.

Living Trust of Michael J. Fitzgerald, et al.,

Defendants.

**DEFAULT**
**JUDGMENT IN A CIVIL CASE**
Amended

Case Number: 2:12-cv-01939-JCM-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Default Judgment regarding the remaining counterclaims is entered against Steve Davis and in favor of the Living Trust of Michael J. Fitzgerald in the amount of $75,000 in compensatory damages and $300,000 in punitive damages.

February 4, 2014

Date

/s/ Lance S. Wilson

Clerk

/s/ Erin Smith

(By) Deputy Clerk